CONEY BUMGARNER v. STATE.

No. A-2489. Opinion Filed January 13. 1919.

(177 Pac. 124.)

KEEPING PLACE FOR SALE OF INTOXICATING LIQUOR. Syllabus the same as in No. A-2331, Proctor v. State, 15 Okla. Cr. 338, 176 Pac. 771.

*Appeal from District Court, McIntosh County;*
*R. P. de Graffenried, Assigned Judge.*

Coney Bumgarner was convicted of keeping a place with the intent and for the purpose of selling intoxicating liquors, and he appeals. Reversed.

*Charles T. Keller,* for plaintiff in error.

*R. McMillan,* Asst. Atty. Gen., for the State.

GALBRAITH, Special Judge. The plaintiff in error was convicted of keeping a place with the intention and for the purpose of selling intoxicating liquors, and was sentenced to be confined in the penitentiary for one year and to pay a fine of $50 under section 4, c. 26, Session Laws 1913.

This case involves the same issues as the case of *Proctor v. State,* 15 Okla. Cr. 338, 176 Pac. 771, decided

this term, and is controlled thereby. For the reasons set out in that opinion, the judgment appealed from is reversed.

DOYLE, P. J., and ARMSTRONG, J., concur.